IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DARNELL WALKER

    VS.                                                                         C.A. NO. 05-4542

ROBERT SHANNON, ET AL.

### ORDER

AND NOW, THIS 6TH DAY OF April 2006, upon consideration of the Petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Magistrate Judge Peter B. Scuderi, and after noting that <u>no objections</u> to the Report were filed by Petitioner within the applicable time limits, it is hereby ORDERED that:

      1. The Report and Recommendation is APPROVED and ADOPTED;

      2. This Petition for Writ of Habeas Corpus, pursuant to 28 U.S.C. section 2254, is DISMISSED.

      3. There is no basis for the issuance of a certificate of appealability.

      4. The Clerk is DIRECTED to mark this case closed.

IT IS SO ORDERED.                                    /s/ Cynthia M. Rufe, J.

                                                     _____

                                                     CYNTHIA M. RUFE, J.